IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>ARTEM OVSYANNIKOV,<br><br>         Defendant. | Case No. CR 13-00675 JSC<br><br>STIPULATION PERMITTING TRAVEL; [~~PROPOSED~~] ORDER |

The parties stipulate as follows:

1. Defendant ARTEM OVSYANNIKOV wishes to travel from the Northern District of California to Cancun, Mexico for a stay extending from November 11, 2014 to November 17, 2014 in order to participate in a friend's wedding ceremony. Mr. Ovsyannikov will be staying at the Barcelo Maya Palace at the following address: Carretera Chetumal Puerto Juárez Km. 266, 3 -- 77750 Riviera Maya, Quintana Roo, Telephone number: +52 984 875 1544.

2. The government takes no position on this travel request.

STIP/ [~~PROPOSED~~] ORDER PERMITTING TRAVEL
CR 13-00675 JSC

-1-

DATED: October 28, 2014

_____/s/_____
Adam G. Gasner, Esq.
Attorney for Defendant
ARTEM OVSYANNIKOV

DATED:  October 28, 2014

_____/s/_____
Marc Wolf, Esq.
Attorney for Plaintiff
UNITED STATES OF AMERICA

## ORDER

FOR GOOD CAUSE SHOWN,

It is hereby ordered that defendant ARTEM OVSYANNIKOV shall be permitted to travel to Cancun, Mexico for a stay extending from November 11, 2014 to November 17, 2014.

DATED: ~~October \_\_\_\_, 2014~~

11/10/2014

_____
CORLEY



GRANTED
Judge Jacqueline Scott Corley

STIP/ [~~PROPOSED~~] ORDER PERMITTING TRAVEL
CR 13-00675 JSC

-2-